UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                 :

STONECASTLE CASH MANAGEMENT LLC,     :

                        Plaintiff,           :

                                                                 :      20-CV-7868 (JMF)
               -v-                                :

                                                    :      <u>ORDER</u>
ISLAND INTELLECTUAL PROPERTY LLC,   :

                       Defendant.      :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Assignment Committee has decided to reassign this case to the undersigned. For avoidance of doubt, the initial pretrial conference scheduled for January 7, 2021 as described the Court's Order of September 24, 2020, ECF No. 12, is REINSTATED.

      SO ORDERED.

Dated: November 16, 2020
       New York, New York                                       _____
                                                                    JESSE M. FURMAN
                                                            United States District Judge