UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
STONECASTLE CASH MANAGEMENT LLC,                                        :
                                                                        :
                                    Plaintiff,                          :          20-CV-7868 (JMF)
                                                                        :
            -v-                                                         :          ORDER
                                                                        :
ISLAND INTELLECTUAL PROPERTY LLC,                                       :
                                                                        :
                                    Defendant.                          :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 30, Defendant's earlier motion to dismiss filed at ECF No. 24 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 26, 2021**.  Defendant's reply, if any, is due by **February 2, 2021.**

      The Clerk of Court is directed to terminate ECF No. 24.

      SO ORDERED.

Dated: January 13, 2021
      New York, New York
                                                                        JESSE M. FURMAN
                                                                        United States District Judge